LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
  1420 E. Cooley Dr., Suite 100
  Colton, California 92324
  Telephone: (909) 796-4560
  Facsimile: (909) 796-3402
  E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MIGUEL ARAUJO QUINTANA,<br><br>     Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>     Defendant. | No. EDCV 21-01472 RAO<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of EIGHT THOUSAND EIGHT HUNDRED AND EIGHT 19/100 ($3,808.19) subject to the terms of the stipulation.

DATE: April 25, 2022

_____
HON. ROZELLA A. OLIVER,
UNITED STATES MAGISTRATE JUDGE